Hanneman v. Richter.

---

LOUIS HANNEMAN et al., complainants and respondents,

*v.*

MATILDA RICHTER et al., defendants and appellants.

[Filed June 23d, 1902.]

*Mr. Charles J. Roe,* for the appellants.

*Mr. Charles H. Hartshorne,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by the chancellor in the opinion delivered in the court below. See *17 Dick. Ch. Rep. 365.*

*For affirmance*—THE CHIEF-JUSTICE, VAN SYCKEL, DIXON, GARRISON, COLLINS, FORT, GARRETSON, HENDRICKSON, PITNEY, KRUEGER, ADAMS, VREDENBURGH, VOORHEES, VROOM—14.

*For reversal*—None.